**Order entered November 5, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00678-CV

**BRENDA PETERSON, INDIVIDUALLY AND AS NEXT FRIEND OF B.Q.P., A MINOR, AND AS ADMINISTRATOR OF THE ESTATE OF JAMES Q. PETERSON, DECEASED, AND GARY PETERSON, Appellants**

**V.**

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05243**

## ORDER

We **GRANT** appellee's November 4, 2015 unopposed second motion for an extension of time to file a brief. Appellee shall file a brief by **DECEMBER 3, 2015**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/  ELIZABETH LANG-MIERS
JUSTICE